963 F.2d 384
 U.S.
v.
Thiele*
 NO. 90-5839
 United States Court of Appeals,
Eleventh Circuit.
 May 06, 1992
 
 1
 Appeal From: S.D.Fla.
 
 
 2
 AFFIRMED.
 
 
 3
 Federal Reporter. The Eleventh Circuit provides by rule that
 
 
 4
 unpublished opinions are not considered binding precedent.
 
 
 5
 They may be cited as persuasive authority, provided that a
 
 
 6
 copy of the unpublished opinion is attached to or
 
 
 7
 incorporated within the brief, petition or motion. Eleventh
 
 Circuit Rules, Rule 36-2, 28 U.S.C.A.)
 
 
 *
 Fed.R.App.P. 34(a); 11th Cir.R. 34-3